ALFRED R. WARNER, Respondent, *v.* VICTORIA L. LUCEY et al., Individually and as Administrators of the Estate of JAMES LUCEY, Deceased, et al., Appellants.

*Negligence — elevators — injury through fall of elevator.*

*Warner* v. *Lucey,* 207 App. Div. 241, affirmed.

(Argued June 7, 1924; decided July 5, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 4, 1923, affirming a judgment in favor of plaintiff entered upon a, verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants in failing to keep an elevator in proper repair through the fall of which plaintiff received the injuries complained of.

*Benjamin P. Wheat* for appellants.

*John E. Judge* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.